

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**NORRIS VESSELL**                                    **CIVIL ACTION**

**VERSUS**                                            **NO. 06-2294**

**MARLIN GUSMAN,**                                    **SECTION: "D"(1)**
**CRIMINAL SHERIFF, ET AL.**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the letter filed by the plaintiff on June 26, 2006, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 6, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this _18_ day of ___July___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____